UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. WILSON,<br><br>           Petitioner,<br><br>     v.<br><br>SHAWN HATTON, Acting Warden,<br><br>           Respondent. | Case No. CV 16-7599 DOC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the April 4, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed with prejudice and Judgment be entered accordingly.

///
///
///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and |
| 2 | the Judgment herein on counsel for petitioner and respondent. |
| 3 | IT IS SO ORDERED. |

DATED: April 30, 2019

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE